FILED
2007 Jan-03  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

NORMAN CLARK GANGL,      )
      )
    Petitioner,     )
      )
vs.      )
      )    **Civil Action No. CV 05-S-2009-M**
WARDEN GILES and    )
THE ATTORNEY GENERAL  )
OF THE STATE OF ALABAMA,  )
      )
    Respondents.    )

### FINAL JUDGMENT

The magistrate judge's report and recommendation was entered on November 20, 2006, and the parties were allowed eleven  days to file objections to the recommendations made by the magistrate judge.  On November 27, 2006 (applying the mailbox rule), petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court ADOPTS the report of the magistrate judge, and ACCEPTS his  recommendations. Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus filed by Norman Clark Gangl pursuant to 28 U.S.C. § 2254 is DENIED as time-barred.  The clerk is directed to close this file.

DONE this 3rd day of January, 2007.

_____
United States District Judge